UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAH MULLENDORE,

    Plaintiff                                    Civil Action No. 16-10539

v.                                                 HON. R. STEVEN WHALEN
                                                     U.S. Magistrate Judge

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**JUDGMENT FOR DEFENDANT**

The Court having entered an Opinion and Order granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment,

IT IS ORDERED that judgment be, and hereby is, entered for Defendant and against Plaintiff.

                                                                 s/R. Steven Whalen
                                                                 R. STEVEN WHALEN
                                                                 UNITED STATES MAGISTRATE JUDGE

Dated: March 31, 2017

CERTIFICATE OF SERVICE

     I hereby certify on March 31, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

                                s/Carolyn Ciesla
                                Case Manager to
                                Magistrate Judge R. Steven Whalen